Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>    Plaintiffs,<br>vs.<br><br>WEST COAST WELDING, INC., a California corporation; ANTHONY WILL, individually; and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>    Defendants. | Case No.: C07-2579 MJJ<br><br>**SUBSTITUTION OF ATTORNEY** |

SUBSTITUTION OF ATTORNEY;
Case No. C07-2579 MJJ

-1-

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Gil Crosthwaite, et al. | CASE NUMBER: |
|---|---|
| | C07-2579 MJJ |
| v.     Plaintiff(s) | |
| West Coast Welding, Inc.; Anthony Will; and Western Surety Company | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

Gil Crosthwaite
_Name of Party_

[X] Plaintiff [ ] Defendant [ ] Other

hereby substitutes **Muriel B. Kaplan, SBN 124607** who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per    120 Howard St. Suite 520
_Street Address_

San Francisco, CA 94105    (415) 882-7900    (415) 882-9287    124607
_City, State, Zip Code_    _Telephone Number_    _Facsimile Number_    _State Bar Number_

as attorney of record in the place and stead of **Tracy L. Mainguy**
_Present Attorney_

Dated: 5-29-07

_Signature of Party_
Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07

_Signature of Present Attorney_
Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/4/07

_Signature of New Attorney_
Muriel B. Kaplan

Substitution of Attorney is hereby [ ] Approved.  [ ] Denied.

Dated: _____

_United States District Judge / Magistrate Judge_

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*