Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE,<br><br>    Plaintiffs,<br>v.<br><br>WEST COAST WELDING, INC., a California corporation, ANTHONY WILL, individually; and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>    Defendants. | Case No.:  C07-2579 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C07-2579 MJJ**

1  PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs Operating
2  Engineers Health and Welfare Trust Fund, et al., voluntarily dismiss, without prejudice, their
3  claim against defendants West Coast Welding, Inc., et al. Defendants have paid all amounts
4  claimed by plaintiffs, and plaintiffs have not previously filed or dismissed any similar action
5  against defendant.
6
7  Dated: June 15, 2007                SALTZMAN & JOHNSON LAW CORPORATION
8
9                                      By:_____/s/_____
                                            Muriel B. Kaplan
10                                          Attorneys for Plaintiffs

11
12   Dated: 6/22/2007
13


IT IS SO ORDERED

Judge Martin J. Jenkins

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C07-2579 MJJ

**PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 19, 2007, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Anthony Hill**<br>**West Coast Welding, Inc.**<br>**23900 Gilmer Rd.**<br>**Perris, CA 92570**<br>**Fax: 866-243-2154** | **John Gladych, registered agent for**<br>**West Coast Welding, Inc.**<br>**4400 Macarthur Blvd., Suite 230**<br>**Newport Beach, CA 92660** |
| **Unionbanc Insurance Services, Inc.**<br>**4480 Williow Road**<br>**Pleasanton, CA 94588** | **Western Surety Company**<br>**c/o Jere Keprios, CT Corporation Systems**<br>**818 West Seventh St., 2nd Floor**<br>**Los Angeles, CA 90017** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of June, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega