1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 | San Francisco, CA 94105
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE, | Case No.: C07-2579 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

    Plaintiffs,

v.

WEST COAST WELDING, INC., a California corporation, ANTHONY WILL, individually; and WESTERN SURETY COMPANY, a South Dakota Corporation,

    Defendants.

1  PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs Operating Engineers Health and Welfare Trust Fund, et al., voluntarily dismiss, without prejudice, their claim against defendants West Coast Welding, Inc., et al. Defendants have paid all amounts claimed by plaintiffs, and plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: June 15, 2007                SALTZMAN & JOHNSON LAW CORPORATION

By:_____/s/_____
       Muriel B. Kaplan
       Attorneys for Plaintiffs

Dated: 6/22/2007



IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C07-2579 MJJ

**PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 19, 2007, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Anthony Hill**<br>**West Coast Welding, Inc.**<br>**23900 Gilmer Rd.**<br>**Perris, CA 92570**<br>**Fax: 866-243-2154** | **John Gladych, registered agent for**<br>**West Coast Welding, Inc.**<br>**4400 Macarthur Blvd., Suite 230**<br>**Newport Beach, CA 92660** |
| **Unionbanc Insurance Services, Inc.**<br>**4480 Williow Road**<br>**Pleasanton, CA 94588** | **Western Surety Company**<br>**c/o Jere Keprios, CT Corporation Systems**<br>**818 West Seventh St., 2nd Floor**<br>**Los Angeles, CA 90017** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of June, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C07-2579 MJJ**